1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Brian Davis, Esq. (SBN 160817)
   HAYES DAVIS BONINO ELLINGSON
7  McLAY & SCOTT, LLP
   203 Redwood Shores Parkway, Suite 480
8  Redwood Shores, CA 94065
   (650) 637-9100
9  (650) 637-8071 – Facsimile
   bdavis@hayesdavis.com
10

11

12                    UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | BAY AREA PAINTERS AND TAPERS        | Case No.: C09-1724 WHA
   | PENSION TRUST FUND, et al.,          |
15 |                                      | **STIPULATION FOR 45-DAY EXTENSION TO ANSWER COMPLAINT**
   |            Plaintiffs,               |
16 | v.                                   |
   |                                      |
17 | DDR INCORPORATED, aka DDR INC.,      |
   |                                      |
18 |            Defendant.                |

19

20       The parties to this action hereby stipulate as follows:

21       1.       Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et

22 al. ("Painters Trust Funds"), filed this action against DDR INCORPORATED, aka DDR INC.,

23 ("DDR Inc.") on April 21, 2009.

24       2.       Service on Defendants was completed on April 30, 2009.

25 ///

26 ///

27 ///

28 ///

                                                                          -1-
                                                        **STIPULATION TO EXTEND TIME**
                                                             **Case No.: C09-1724 WHA**

P:\CLIENTS\PATCL\DDR, Inc\Pleadings\C09-1724 WHA Stipulation to Extend Time 051409.doc

3. The parties have conferred and, in accordance with Local Rule 6-1(a), hereby stipulate to a 45-day extension for Defendant to file an Answer to the Complaint.

Dated: May 18, 2009                                SALTZMAN & JOHNSON LAW CORPORATION

                                                   Michele R. Stafford /S/
                                                   Michele R. Stafford
                                                   Attorneys for Plaintiffs

Dated: May 18, 2009                                HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

                                                   Brian Davis /S/
                                                   Brian Davis
                                                   Attorneys for Defendant

**ORDER**

It is hereby ordered that Defendant has been granted a 45-day extension to answer the Complaint filed in this matter.

Dated: May 20, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge William Alsup

-2-
**STIPULATION TO EXTEND TIME**
Case No.: C09-1724 WHA

P:\CLIENTS\PATCL\DDR, Inc\Pleadings\C09-1724 WHA Stipulation to Extend Time 051409.doc