Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br>v.<br><br>DDR INCORPORATED, aka DDR INC.,<br><br>    Defendant. | Case No.: C09-1724 WHA<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**; ORDER<br><br>Date: July 30, 3009<br>Time: 11:00 a.m.<br>Dept.: 9<br>Judge: The Honorable William Alsup |

      Plaintiffs hereby request that the Case Management Conference, currently scheduled for July 30, 2009, be continued for 30-45 days.

      1.     This action was filed to Compel Defendant's compliance with Plaintiffs' audit request.  Plaintiffs agreed to extend the time for Defendant to file an Answer to the Complaint as shortly after being served, Defendant agreed to the audit.

      2.     The audit was completed. Plaintiffs' auditors expect little to no discrepancies, however the formal audit report has not been prepared to date.  It is to be received by the end of July, 2009.

      3.     Once it is received, if there are no discrepancies, Plaintiffs will provide Defendant with the total attorneys fees incurred to date, to resolve this matter.  If there are discrepancies, Defendant will have time to review and respond to the audit.

      4.     Plaintiffs expect to resolve this matter shortly after the report is completed.

1    5.   Due to the current status, Plaintiffs request that the Case Management Conference
2 be continued for 30-45 days.

3  Dated: July 23, 2009                SALTZMAN & JOHNSON LAW
                                       CORPORATION
4

5                                       /S/ Michele R. Stafford
                                       Michele R. Stafford
6                                      Attorneys for Plaintiffs

7

8                                    **ORDER**

9   It is hereby ordered that the Case Management Conference, currently scheduled for July
10 30, 2009, is hereby continued to  August 20, 2009           .  There will be no further extensions.

11

12 Dated:  July 24, 2009.
                                       _____
13                                     UNITED STATES DISTRICT COURT JUDGE

[APPROVED stamp — Judge William Alsup signature]

                                                                                    2
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C09-1724 WHA**

P:\CLIENTS\PATCL\DDR, Inc\Pleadings\Request to Continue CMC 072309.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 23, 2009, I served the following documents:

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

**o**n the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Brian Davis, Esq.**
> **HAYES DAVIS BONINO ELLINGSON**
> **McLAY & SCOTT, LLP**
> **203 Redwood Shores Parkway, Suite 480**
> **Redwood Shores, California 94065**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of July, 2009, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega