|   |   |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
|   | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C09-1724 WHA |
|---|---|
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| v. |   |
| DDR INCORPORATED, aka DDR INC., |   |
| Defendant. |   |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Bay Area Painters and Tapers Pension Trust Fund, et al., and Defendant DDR Incorporated, aka DDR Inc., stipulate to the voluntarily dismissal of  Defendant DDR Incorporated, aka DDR Inc., in this action.

///

///

///

///

///

///

///

///

Plaintiffs have not previously filed or dismissed any similar action against Defendant.

Dated: September 14, 2009                SALTZMAN & JOHNSON
                                         LAW CORPORATION

                               By:       /S/Michele R. Stafford
                                         Michele R. Stafford
                                         Attorneys for Plaintiffs

Dated: September 15, 2009                PAVE & BOGAARDS

                               By:       /S/Brian R. Davis
                                         Brian R. Davis
                                         Attorneys for Defendant

IT IS SO ORDERED.

This case is hereby dismissed, and the calendar herein is vacated.

Dated: September 17, 2009
                                         _____
                                         THE HONORABLE WILLIAM H. ALSUP
                                         UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*